UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

THE TRAVELERS INDEMNITY COMPANY,

        Plaintiff,

v.

DAMMANN & CO., INC., et. al,

        Defendant.

---

Civ. No. 04-5699 (DRD)

**O R D E R**

Plaintiff, The Travelers Indemnity Company, having objected to the Report and Recommendation issued by the Honorable G. Donald Haneke, United States Magistrate Judge, and that Report having determined that Defendant International Flavors & Fragrances' motion for summary judgment should be granted, and the court having reviewed that report as well as the submissions of the parties, and having determined that the Report should not be accepted, and for the reasons set forth in an opinion of even date,

IT IS, on this 8th day of December, 2005, **ORDERED** that Defendant International Flavors & Fragrances' motion for summary judgment is denied.

        /s/ Dickinson R. Debevoise

        DICKINSON R. DEBEVOISE, U.S.S.D.J.